IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>JA'VON L. TAYLOR,<br>[DOB: 05/28/1999]<br><br><br><br><br><br>                Defendant. | Case No. _____<br>**COUNT ONE:**<br>*(Felon in Possession of a Firearm)*<br>18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br>NMT: 15 Years Imprisonment<br>NMT: $250,000 Fine<br>NMT: Three Years Supervised Release<br>Class C Felony<br><br>**COUNT TWO:**<br>*(Possession of a Machinegun)*<br>18 U.S.C. §§ 922(o)(1) and 924(a)(2)<br>NMT: 10 Years' Imprisonment<br>NMT: $250,000 Fine<br>NMT: Three Years' Supervised Release<br>Class C Felony<br><br>$100 Mandatory Special Assessment Per Count of Felony Convictions |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*(Felon in Possession of a Firearm)*

On or about October 6, 2022, in the Western District of Missouri, Ja'Von L. Taylor, the defendant herein, knowing that he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a Glock 22 .40 caliber bearing serial number BPAE374, which had been transported in interstate commerce, contrary to the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT TWO
### *(Possession of a Machinegun)*

On or about August 9, 2022, in the Western District of Missouri, October 6, 2022, in the Western District of Missouri, Ja'Von L. Taylor, did knowingly possess, a machinegun, to wit, a Glock 22 .40 caliber bearing Serial Number BPAE374, which had been converted to a machinegun, that is, it is capable of shooting automatically more than one shot without manual reloading by a single function of the trigger.

All in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).

A TRUE BILL.

10/27/2022
DATE

*/s/ Gene Stattelman*
FOREPERSON OF THE GRAND JURY

*/s/ Gregg R. Coonrod*
Gregg R. Coonrod
Assistant United States Attorney
Violent Crime & Drug Trafficking Unit
Western District of Missouri